

Villanova University School of Law

2007 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

6-20-2007

# Bricker v. Comm of PA

Precedential or Non-Precedential: Non-Precedential

Docket No. 06-4713

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2007

Recommended Citation

"Bricker v. Comm of PA" (2007). *2007 Decisions.* Paper 903.
http://digitalcommons.law.villanova.edu/thirdcircuit_2007/903

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova
University School of Law Digital Repository. It has been accepted for inclusion in 2007 Decisions by an authorized administrator of Villanova
University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

ALD-255                                                    NOT PRECEDENTIAL

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

NO. 06-4713
_____

RONALD L. BRICKER,

Appellant

v.

COMMONWEALTH OF PENNSYLVANIA;
JOSEPH H. KLEINFELTER; JUSTIN J. MCSHANE;
MARK F. BAYLEY; JEN BEVAN; R. MARK THOMAS;
DIANE MORGAN
_____

On Appeal From the United States District Court
For the Middle District of Pennsylvania
(D.C. Civ. No. 06-CV-01729)
District Judge: Honorable Sylvia H. Rambo
_____

Submitted For Possible Dismissal Under 28 U.S.C. § 1915(e)(2)(B) or Possible  Summary
Action Under Third Circuit LAR 27.4 and I.O.P. 10.6
June 7, 2007

BEFORE: SLOVITER, CHAGARES and GREENBERG, CIRCUIT JUDGES

(Filed  June 20, 2007)
_____

OPINION
_____

PER CURIAM

Ronald L. Bricker appeals from an order of the United States District Court for the

Middle District of Pennsylvania, dismissing his complaint without prejudice, and from an order denying his motion for reconsideration. For the reasons that follow, we will dismiss the appeal pursuant to 28 U.S.C. § 1915(e).

Bricker's complaint in the District Court was purportedly filed pursuant to 42 U.S.C. § 1983. However, the allegations of his complaint concerned the manner in which he was convicted, and his continued confinement. The District Court correctly concluded that to the extent Appellant was challenging the fact or duration of his conviction or sentence, his remedy is in the form of habeas, not 42 U.S.C. § 1983. See Leamer v. Fauver, 288 F.3d 532, 542 (3d Cir. 2002) ("whenever the challenge ultimately attacks the 'core of habeas'--the validity of the continued conviction or the fact or length of the sentence--a challenge, however denominated and regardless of the relief sought, must be brought by way of habeas corpus petition").

Because Bricker's appeal is legally frivolous, we must dismiss it pursuant to 28 U.S.C. § 1915(e)(2)(B).[1]

---

[1] We further find no error in the District Court's decision to deny Bricker's motion for reconsideration.